# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Trustees of the Chicago Painters and Decorators Pension Fund et al v. MSM Solutions, Inc.

Case Number: 26-cv-6434

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs

Attorney name (type or print):  Grant R. Piechocinski

Firm:    Arnold and Kadjan, LLP

Street address:    35 East Wacker Drive, Suite 600

City/State/Zip:    Chicago, IL 60601

Bar ID Number:  6315651
(See item 3  in instructions)

Telephone Number:    312-236-0415

Email Address: gp@aandklaw.com

Are you acting as lead counsel in this case?   ☐ Yes   ☒ No

Are you acting as local counsel in this case?   ☐ Yes   ☒ No

Are you a member of the court's trial bar?   ☐ Yes   ☒ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes   ☒ No

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 1, 2026

Attorney signature:    S/ Grant R. Piechocinski

(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015