Case: 1:26-cv-06434 Document #: 5 Filed: 06/01/26 Page 1 of 1 PageID #:13

# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Trustees of the Chicago Painters and Decorators Pension Fund et al v. MSM Solutions, Inc.

Case Number: 26-cv-6434

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs

Attorney name (type or print):  James R. Anderson

Firm:   Arnold and Kadjan, LLP

Street address:    35 East Wacker Drive, Suite 600

City/State/Zip:   Chicago, IL 60601

Bar ID Number: 6206500
(See item 3 in instructions)

Telephone Number:   312-236-0415

Email Address: ja@aandklaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 1, 2026

Attorney signature:    S/ James R. Anderson

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015