**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Trustees of the Chicago Painters and Decorators Pension Fund et al v. MSM Solutions, Inc.

Case Number: 26-cv-6434

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs

Attorney name (type or print): Anita Saliu

Firm: Arnold and Kadjan, LLP

Street address: 35 East Wacker Drive, Suite 600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6353755
(See item 3 in instructions)

Telephone Number: 312-236-0415

Email Address: asaliu@aandklaw.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 1, 2026

Attorney signature: S/ Anita Saliu
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015