**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, | ) ) ) | |
| Plaintiffs, | ) ) | No. 26-cv-6434 |
| v. | ) ) | Judge LaShonda A. Hunt |
| MSM SOLUTIONS, INC., an Illinois corporation | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ORDER OF DEFAULT AND AUDIT ORDER**

Plaintiffs, by and through its attorneys, PAUL M. EGAN, GRANT R. PIECHOCINSKI, JAMES R. ANDERSON, ANITA SALIU and ARNOLD AND KADJAN LLP, move this Court to enter an order of default against Defendant in this action and an order requiring the Defendant to produce books and records for a fringe benefit fund contribution compliance audit. In support of their Motion, Plaintiffs state as follows:

1.      This is an action to recover fringe benefit fund contributions and other amounts due and owing based upon breaches of collective bargaining agreements, Declarations of Trust, and applicable provisions of the Employee Income Security Act of 1974 29 U.S.C. §1001 et seq. ("ERISA").

2.      This case was filed on June 1, 2026.

3.      Defendant was served  on July 1, 2026 (See docket entry 14).

4.      More than twenty-one days have passed after service of process and Defendant has not answered or otherwise plead.

5.      Defendant has not moved for an enlargement of time in which to answer or

otherwise plead.

6. A fringe benefit fund contribution compliance audit of the Defendant, MSM SOLUTIONS, INC. ("MSM"), is necessary in order to determine the full extent of Plaintiffs' damages.

**WHEREFORE**, Plaintiff prays that this Court grant the following relief:

A. That the Defendant be found to be in default;

B. That Defendant be ordered to produce its books and records for a fringe benefit fund contribution compliance audit for the period of **March 1, 2022 through present;** The following books and records are ordered to be produced:

1. All cash disbursement journals, including but not limited to check registers and canceled checks of all checking accounts maintained by Defendant;

2. All individual payroll records;

3. All time records which are the basis of the above-mentioned individual payroll records;

4. All state unemployment payroll tax forms;

5. All state and federal certified payroll forms;

6. All union pension and welfare fund records or other records showing fringe benefit contributions made on behalf of any employee;

7. All other relevant records which would tend to show compliance with the terms of the Trust Agreements;

8. All federal and state payroll and income tax returns, including, but not limited to Forms 1099, W-2, and/or UC-3, 1120 and 1165 forms;

9. All documents which indicate Defendant's ownership interest in an entity

which performs in whole or in part, work for which painters and/or tapers would be employed; and

C. The Court retain jurisdiction to enter a judgment in favor of Plaintiff and against the Defendant for all amounts owed, including contributions, liquidated damages, interest and attorneys' fees and costs

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND ET AL.**

By: /s/ Anita Saliu
  One of their Attorneys

PAUL M. EGAN
GRANT R. PIECHOCINSKI
JAMES R. ANDERSON
ANITA SALIU
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Phone: (312) 236-0415

**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS PENSION FUND, et al, )
                                      )
             Plaintiffs, )       No. 26-cv-6434
                                      )
v. )       Judge LaShonda A. Hunt
                                        )
MSM SOLUTIONS, INC., )
an Illinois corporation )
                                        )
             Defendant. )

**CERTIFICATE OF SERVICE**

TO:  MSM SOLUTIONS, INC.
     650 West Grand Avenue, Ste. 301
     Elmhurst, IL 60126

       That the undersigned, an attorney of record, hereby certifies that the foregoing instrument was sent via First Class Mail service to the party listed at the above indicated address on July 31, 2026, on or before 5:00 p.m. CST.

                                 **TRUSTEES OF THE CHICAGO PAINTERS
                                   AND DECORATORS PENSION FUND, ET AL**.

                                 /s/      Anita Saliu

ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601