**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, | ) ) ) | |
| Plaintiffs, | ) ) | No. 26-cv-6434 |
| v. | ) ) | Judge LaShonda A. Hunt |
| MSM SOLUTIONS, INC., an Illinois corporation | ) ) ) ) | |
| Defendant. | ) | |

To:    MSM SOLUTIONS, INC.
          650 West Grand Avenue, Ste. 301
          Elmhurst, IL 60126

   **PLEASE TAKE NOTICE** that on August 12, 2026 at 9:00 a.m. or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge LaShonda A. Hunt, Room 1425** in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion for Order of Default and Audit Order

                                                  TRUSTEES OF THE CHICAGO PAINTERS AND
                                                  DECORATORS PENSION FUND,

                                                  s/ Anita Saliu
                                                  One of their Attorneys

ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601